UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOE McINNES, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No: 2:09-CV-01034-MEF |
| REESE & HOWELL, INC.; *et al.*, | § | |
| | § | |
| | § | |
|     Defendants. | § | |

### STATE OF ALABAMA DEPARTMENT OF REVENUE'S RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT FILED BY UNITED STATES FIDELTY & GUARANTY COMPANY AND ANDERSON COLUMBIA

Comes now the State of Alabama Department of Revenue ("Department"), and hereby responds to the motions for summary judgment filed by United States Fidelity & Guaranty Company ("USF&G") and Anderson Columbia Co., Inc's ("Anderson Columbia") as follows:

    1.    The Department has recorded sixteen tax liens against Reese & Howell Inc. ("Reese & Howell") totaling the amount of $185,758.61. See Joint Stipulation of Facts, no. 24; Answer, Exhibit "A."

    2.    On July 13, 2006, USF&G filed with Alabama's Secretary of State a UCC-1 financing statement.

    3.    According to Ala. Code §40-29-22(c), any and all tax liens filed by the Department prior to this date have priority over any claims by USF&G. Three of the Department's liens pre-date this July 13, 2006 filing: (a) January 25, 2005 in the amount of

$7,639.24; (b) May 17, 2005 in the amount of $9,742.36; and (c) June 17, 2005 in the amount of $8,862.17.

4. As between the taxing authorities, the Internal Revenue Service ("IRS") and the Department, the actual assessment dates are used to determine priority between these taxing authorities. See Ala. Code § 40-29-21. The Department has priority over the IRS with regard to various assessments prior to April 3, 2006. See Joint Stipulation of Facts, no. 21; Exhibit "B."

5. It does not appear from Anderson Columbia's Motion for Summary Judgment that any liens were filed to protect its interest after the Claims Appeal Board ruling.

5. As conceded earlier, the attorney's lien of J. Doyle Fuller takes priority over those claims of the Department. See Ala. Code §49-29-22.

Therefore, based on the forgoing, USF&G and Anderson Columbia are not entitled to summary judgment as a matter of law.

Respectfully submitted this 20th day of July, 2010.

/s/Margaret Johnson McNeill
Margaret Johnson McNeill (MCN010)
Bar No. ASB-2849-L37M
Assistant Counsel,
State of Alabama Department of Revenue
P.O. Box 32001
Montgomery, AL 36132-0001
Telephone: 334-242-9690
margaret.mcneill@revenue.alabama.gov

**CERTIFICATE OF SERVICE**

I, Margaret Johnson McNeill, hereby certify that on the 20th day of July, 2010 a copy of the foregoing has been served upon the following by email and/or by U. S. Mail, postage prepaid and properly addressed to:

Jim R. Ippolito, Jr
Robert Prescott
State of Alabama Department of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36110

Thomas L. Seldon, Esq.
Lucile A. Ray
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL 35259-8512

J. Doyle Fuller
Jacob Alexander Fuller
2851 Zelda Rd.
Montgomery, AL 36123-0458

William E. Farrior
P.O. Box 14198
Washington, D.C. 20044-4198

Christopher T. McRae
David J. Metcalf
2612 Centennial Place
Tallahassee, FL 32308

/s/Margaret Johnson McNeill

MARGARET JOHNSON MCNEILL
OF COUNSEL STATE OF ALABAMA

| Tax Period Ending | Assessment Date | Date of Lien | Amount of Lien |
|---|---|---|---|
| January 31, 2004 | December 15, 2004 | January 25, 2005 | $ 7,639.24 |
| June 30, 2004 | March 10, 2005 | May 17, 2005 | $ 9,742.36 |
| July 31, 2004 | April 12, 2005 | June 17, 2005 | $ 8,862.17 |
| March 2002 - February 2005 | May 12, 2005 | July 29, 2006 | $ 47,331.19 |
| October 31, 2004 | July 7, 2005 | September 27, 2005 | $ 6,656.22 |
| December 31, 2004 | August 25, 2005 | November 7, 2005 | $ 7,029.48 |
| September 30, 2004 | August 29, 2005 | November 16, 2005 | $ 9,347.86 |
| March 31, 2005 | October 12, 2005 | December 27, 2005 | $ 8,567.20 |
| June 30, 2005 - August 31, 2005 | February 6, 2006 | April 19, 2006 | $ 17,041.71 |
| October, 2005 | August 10, 2006 | October 20, 2006 | $ 7,640.35 |
| CY 2005 | January 16, 2007 | May 10, 2007 | $ 4,811.66 |
| February, 2006 | January 18, 2007 | May 10, 2007 | $ 5,245.91 |
| March 31, 2006 | February 9, 2007 | June 19, 2007 | $ 7,310.31 |
| April 2006, Qtr. Ending June 30, 2006, July 2006, August 2006, Qtr. Ending September 30, 2006 CY 2006 | June 24, 2008 | August 29, 2008 | $ 26,225.60 |
| January, 2007, Qtr. Ending September 30, 2007, October 2007 | June 24, 2008 | August 29, 2008 | $ 1,672.15 |
| February 2007, Qtr. Ending March 31, 2007, April 2007, May 2007, Qtr. Ending June 30, 2007, Qtr.Ending December 31, 2007 | June 16, 2009 | August 28, 2009 | $ 10,635.20 |

EXHIBIT "B"

4