UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE McINNES, DIRECTOR, ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:09-cv-1034-MEF ) |
| REESE AND HOWELL, INC.; STATE OF ALABAMA, ALABAMA DEPARTMENT OF REVENUE; INTERNAL REVENUE SERVICE; UNITED STATES FIDELITY & GUARANTY CO.; DOYLE FULLER, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF PRIORITY

Defendants, United States of America and United States Fidelity and Guaranty Co. stipulate that USF&G holds a secured interest in the interpleaded fund that is superior to the federal tax liens against defendant Reese and Howell and that USF&G's prior security interest exceeds the amount of the interpleaded fund.  The United States has express consent to file this stipulation on behalf of the United States and USF&G.

Dated: July 23, 2010

LEURA GARRETT CANARY
United States Attorney

/s/ William E. Farrior
WILLIAM E. FARRIOR
Oklahoma Bar No. 22137
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198

Ben Franklin Station
Washington, D.C. 20044-4198
Telephone: (202) 616-1908
Facsimile: (202) 514-9868
William.E.Farrior@usdoj.gov



  /s/ Thomas L. Selden
Thomas L. Selden
ASB-5928-E64T
Lucile A. Ray
ASB-9816-C61A
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: tls@starneslaw.com
lar@starneslaw.com
Attorneys for USF&G

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy of the foregoing was this 23rd day of July 2010, electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following::

Jim R. Ippolito, Jr.
Robert Prescott
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Attorneys for Joe McInnes

Thomas L. Selden
Lucile Abernethy Ray
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, Alabama 35259
Attorney for United States Fidelity & Guaranty, Co.

J. Doyle Fuller
Jacob Fuller
Law Office of J. Doyle Fuller
P.O. Box 230458
Montgomery, Alabama 36123

Margaret McNeil
Alabama Department of Revenue
50 North Ripley Street
Montgomery, Alabama 36132

David J Metcalf
McRae & Metcalf, P.A.
2612 Centennial Place
Tallahassee, FL 32308
Attorney for Anderson Columbia Co., Inc.

                                    /s/ William E. Farrior
                                    William E. Farrior
                                    Trial Attorney, Tax Division

4795958.3