IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE McINNES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-1034-MEF |
| | ) |
| REESE AND HOWELL, INC., *et al.*, | ) (WO-Do Not Publish) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

Having considered the Stipulation of Priority (Doc. # 65), the Joint Stipulation (Doc. # 81), and the Joint Motion for Entry of Stipulated Order (Doc. # 85)[1] and the record as a whole, the Court found that all Defendants, as claimants to the interpleaded funds, were all in agreement or had stipulated that all of the interpleaded funds in this case were due to be awarded to Defendant United States Fidelity & Guaranty Co. ("USF&G"). The Court ordered the Clerk of the Court to disburse the interpleaded fund and the Court has been informed that the disbursal has been completed. Accordingly, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED in its entirety WITH PREJUDICE, each party to bear his own costs and expenses.

The Clerk of the Court is directed to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of November, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On party, the United States of America, was not a party to the Joint Motion for Entry of Stipulated Order. The Court ordered the United States of America to show cause why the motion should not be granted. In response, the United States of America indicated that it did not oppose the motion being granted.